JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY McMILLAN, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF GLENDORA, a municipal entity; DANIEL GIGLIOBIANCO, individually and in his official capacity as a police officer for Glendora Police Department; DANNY MOUAWAD, individually and in his official capacity as a police officer for Glendora Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for Glendora Police Department,<br><br>  Defendants. | Case No.: 2:22-cv-08100-KK-PVCx<br><br>**ORDER ON THE STIPULATION OF THE PARTIES AND JOINT REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES, "Stipulation of the Parties and Joint Request for to Dismiss Entire Action," and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and

the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

The Court Orders the above-entitled action be dismissed with prejudice in its entirety. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: March 7, 2024

UNITED STATES DISTRICT JUDGE
HONORABLE KENLY KIYA KATO